RAYNE *v.* WARDEN OF THE MARY-
LAND PENITENTIARY

[App. No. 42, September Term, 1963.]

*Decided December 6, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, MAR-
BURY and SYBERT, JJ.

PER CURIAM.

For the reasons for denying relief stated in the opinion of
Judge Child in the Circuit Court for Worcester County, the
application for leave to appeal is hereby denied.

*Application denied.*